**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: May 19, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
  DEBORAH A. DAVIS                                     CASE NO. 08-10889
  P.O. BOX 12341                                       (CHAPTER 13)
  CINCINNATI, OH  45212                                BURTON PERLMAN

  a/k/a
  FKA DEBORAH KENNEDY
          Debtor
  SSN(1) XXX-XX-3286
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―
                    ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

   This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to make plan payments.

   IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

   IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

   SO ORDERED

COPIES TO:

All Creditors and Parties in Interest

                                    # # #